685 A.2d 540

COMMONWEALTH of Pennsylvania, Respondent,

v.

Benjamin J. MARCHESE, Petitioner.

· Supreme Court of Pennsylvania.

Dec. 3, 1996.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of December, 1996, the Petition for Allowance of Appeal is granted; the judgment of sentence for 75 Pa.C.S. § (a)(5) is vacated pursuant to this court's decision in *Commonwealth v. Barud,* 545 Pa. 297, 681 A.2d 162 (1996), and the case is remanded to the sentencing court for proceedings consistent with our opinion in *Barud.* ·